UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PHUONG LUU,

      Petitioner,

      v.                         CAUSE NO. 3:26-CV-132-CCB-SJF

KRISTI NOEM, et al.,

      Respondents.

## <u>ORDER</u>

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on March 18, 2026, under the same conditions of supervised release. ECF 13. The court entered the order granting habeas relief on March 17, 2026. ECF 11.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 11) and to close this case.

SO ORDERED on March 23, 2026.

                              */s/Cristal C. Brisco*
                              CRISTAL C. BRISCO, JUDGE
                              UNITED STATES DISTRICT COURT